# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE DIAZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY MANOR, INC. | : | No. 12-0433 |
| And NIMITA KAPOORATIYEH, A/K/A | : | |
| NEMITA ATIYEH, A/K/A NEMO AIYAH, | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, on **March 5, 2013**, upon consideration of Defendants' motion for summary judgment, Plaintiff's response, and the accompanying memoranda of law and exhibits, it is **ORDERED** that summary judgment is DENIED.

Judgment, however, shall be granted against Plaintiff on her retaliation claims in Counts III and IV of the Amended Complaint unless Plaintiff shows within twenty-one days of this Order that judgment is not appropriate on those claims.

BY THE COURT:


 /s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge