IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE DIAZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY MANOR, INC., et al. | : | No. 12-0433 |
| Defendants. | : | |

## ORDER

AND NOW, on August 27, 2013, in accordance with the jury's verdict and my accompanying memorandum opinion, it is ORDERED that a final judgment is entered as follows:

1) Judgment is entered for Plaintiff Julie Diaz and against Defendants Saucon Valley Manor, Inc. ("Saucon") and Nimita Kapooratiyeh, a/k/a Nemita Atiyeh, a/k/a Nemo Aiyah in accordance with the jury's verdict that Defendants interfered with Diaz' right to unpaid leave under the Family and Medical Leave Act ("FMLA"), Saucon discriminated against Diaz because of her disability under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA"), the Pennsylvania Human Relations Act, 43 P.S. § 951 et seq. ("PHRA"), and the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Rehabilitation Act"), and Saucon failed to provide a reasonable accommodation for Diaz as required under the ADA, PHRA, and Rehabilitation Act. See Verdict Slip (doc. 67).

2) Judgment is entered for Saucon on Diaz' claims that it retaliated against her for violating ADA, PHRA, and Rehabilitation Act.

3) Diaz is entitled to pre-judgment interest on her back-pay damages award of $1,388.58.

4) Diaz is entitled to liquidated damages of $10,684.62.

BY THE COURT:

_____
TIMOTHY R. RICE
United States Magistrate Judge