# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE DIAZ, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY MANOR, INC., et al. | : | No. 12-0433 |
|     Defendants. | : | |

## **ORDER**

AND NOW, on October 31, 2013, it is ORDERED that Defendants' Post-Trial Motion (doc. 84) is DENIED for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:


/s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge