**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIE DIAZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY MANOR, INC., et al. | : | No. 12-0433 |
| Defendants. | : | |

## ORDER

AND NOW, on December 9, 2013, it is ORDERED that Plaintiff's fee petition (doc. 83)

and Defendants' objections (doc. 85) shall be granted in part and denied in part for the reasons

stated in the accompanying memorandum opinion.

Plaintiff shall be awarded $375,650.50 in attorneys' fees and $9,514.06 in costs.

BY THE COURT:

s/ Timothy R. Rice_____
TIMOTHY R. RICE
United States Magistrate Judge